

# Fourth Court of Appeals
## San Antonio, Texas

March 29, 2019

No. 04-19-00069-CV

**IN RE ESTATE OF JOHN WILLIAM MUELLER, DECEASED**,

From the County Court, Atascosa County, Texas
Trial Court No. 7702
Honorable Susan D. Reed, Judge Presiding

# O R D E R

On March 20, 2019, we issued a show cause order instructing appellant to provide written proof of payment to the court reporter who is responsible for preparing the reporter's record. Appellant timely responded with satisfactory proof of payment. Accordingly, it is ORDERED that the reporter's record is due to be filed in this court *within thirty (30) days* from the date of this order.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of March, 2019.

KEITH E. HOTTLE,
Clerk of Court